COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Stella D. Carlos Salmeron v. Felipe De Jesus Garcia Santacruz

Appellate case number:   01-19-00087-CV

Trial court case number: 1117543

Trial court:             County Civil Court at Law No. 2 of Harris County

The Court today reviewed the brief filed, pro se, by the appellant, Stella D. Carlos Salmeron, on June 5, 2019, and we have determined that it does not comply with TEX. R. APP. P. 38.1.

**Appellant is ordered to redraw the brief.** *See* TEX. R. APP. P. 38.9, 44.3. A redrawn appellant's brief, conforming to the Texas Rules of Appellate Procedure, is due eight (8) weeks from the date of this order. If another brief that does not comply with Rule 38.9(a) is filed, this court may strike the brief, prohibit the appellant from filing another brief, and proceed as if the appellant has failed to file a brief. *See* TEX. R. APP. P. 38.9. If a conforming brief is filed and the appellees wish to amend or supplement their brief, such additional briefing is due 30 days after that conforming appellant's brief is filed in this court. *See* TEX. R. APP. P. 38.6(b).

It is so **ORDERED**.

Judge's signature: _____/s/ Peter Kelly_____
                 ☑ Acting individually    ☐ Acting for the Court

Date: _____May 7, 2020_____